James B. PARDUE, Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Appellee.

No. 03–505.

United States Court of Appeals
for Veterans Claims.

April 13, 2004.

Before IVERS, KASOLD, and HAGEL,
Judges.

**ORDER**

PER CURIAM:

On March 18, 2003, the appellant, through counsel, appealed the November 20, 2002, decision of the Board of Veterans' Appeals. On April 5, 2004, the parties filed a joint motion to terminate this appeal on terms set forth in a settlement agreement between the parties to be effective when the Court acts to terminate this appeal. *See* U.S. VET.APP. R. 42. Accordingly, it is

ORDERED that the appeal is terminated. Under Rule 41(b) of the Court's Rules of Practice and Procedure, this order is the final judgment and mandate of the Court.